IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | 8:10CR132 |
|     REQUEST FOR APPOINTMENT | ) | |
|     OF COUNSEL FOR | ) | ORDER |
|     **Connie Kercheval** | ) | |

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named person in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named person is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that **Casey J. Quinn** is appointed as attorney of record for the above-named person.

**IT IS FURTHER ORDERED** that the Clerk of the U.S. District Court shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, above-named person shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by the above-named person.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Quinn.

DATED this 27th day of July, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge