IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR132** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **KALVIN THOMAS,** | ) | |
| Defendant. | ) | |

This matter is before the Court on remand from the Eighth Circuit Court of Appeals for resentencing in light of *Dorsey v. United States,* No. 11-5683, 2012 WL 234463, at **9-15 (June 21, 2012). (Filing No. 101.)

IT IS ORDERED:

1. On or before August 13, 2012, the assigned U.S. Probation Officer must submit a worksheet;

2. On or before August 27, 2012, the parties must file a stipulation or separate briefs stating their positions;

3. This matter will be ripe for decision on August 28, 2012; and

4. The Clerk is directed to transmit a copy of this Order to the U.S. Probation Office.

DATED this 30th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge